AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 23-CR-64 |
| Jason Rehman | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jason Rehman

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor);
18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct);
18 U.S.C. §§ 2251(a) and (e) (Sexual Exploitation and Attempted Sexual Exploitation of a Minor);
18 U.S.C. §§ 2252(a)(2) and (b)(1) (Attempted Receipt of Child Pornography)

Date: 03/02/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.02 20:20:42 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/2/23, and the person was arrested on *(date)* 3/7/2023
at *(city and state)* Washington DC.

Date: 3/7/2023

*Arresting officer's signature*

Hector Sepulveda / SA - FBI
*Printed name and title*