**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-CR-64 (CJN) |
| v. : | |
| : | |
| JASON REHMAN, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. The United States has conferred with counsel for the defendant regarding this motion. The defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY

                          By:    /s/    *Caroline Burrell*
                                          Caroline Burrell
                                          Assistant United States Attorney
                                          CA Bar 283687
                                          601 D Street N.W.,
                                          Washington, D.C.
                                          20530 202-252-6950
                                          Caroline.burrell@usdoj.gov

*/s/ Angelica Carrasco*
Angelica Carrasco
Trial Attorney, Child Exploitation and Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-4238
Angelica.Carrasco@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 23-CR-64 (CJN) |
| **v.** : | |
| : | |
| **JASON REHMAN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.

Date: _____

THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT COURT JUDGE