# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **CRIMINAL NO. 23-cr-64 (CJN)** |
| **JASON REHMAN,** | : |
| Defendant. | : |

## UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND TO EXTEND PERIOD OF TIME FOR SELF-SURRENDER

Jason Rehman, through counsel, respectfully requests that he be allowed to attend a cremation services for his uncle, Rick Shahani, who passed away on February 12, 2025. Counsel requests that Mr. Rehman be permitted to travel to and from the cremation, scheduled for February 16, 2025, and to a second location to spread ashes. Counsel also requests he be given sufficient time for transportation. Moreover, counsel requests that Mr. Rehman's self-surrender date, currently February 19, 2025, be extended for a period of ten days. The government does not oppose this Motion. In support of this Motion, counsel states the following facts.

1. Mr. Rehman is pending a sentencing hearing after pleading guilty to Count One of his indictment. He was arrested on March 7, 2023.

2. Mr. Rehman was released into Home Incarceration on March 15, 2023. After seven months of complete compliance, he was paced in the Home Detention program so that he can work. He has worked since November 2023. In the subsequent 15 months, there has not been a single alleged violation of his release conditions since he has been on pretrial release.

3.  When he was initially released, Mr. Rehman was placed into the third party custody of his uncle, Rick Shahani.  Mr. Shahani has been like a father to Mr. Rehman and Mr. Rehman lived in Mr. Shahani's home.  Mr. Shahani fell ill with vascular dementia about a year ago and had been moved to a rehabilitation hospital.  Mr. Rehman has been permitted to visit Mr. Shahani and has done so on a weekly basis.

4.  Mr. Shahani passed away on February 12, 2025.

5.  Cremation services have been scheduled for February 16, 2025 at 10am at Going Home Cremation at 519 Mabe Drive in Woodbine, MD.  The family then intends to spread Mr. Shahani's ashes at Randolph Hills Park at 11805 Ashley Drive, Silver Spring, MD.

6.  Counsel requests that Mr. Rehman's conditions be temporarily be modified from 11am to 4pm on February 16, 2025 so he can attend the cremation.

7.  In addition, on February 19, 2025, the family expects to have a memorial service for friends and family, some of whom are travelling to honor Mr. Shahani's life.

8.  Mr. Rehman is scheduled to self surrender on February 19th.

9.  In addition to a period of mourning, Mr. Rehman expects that after the memorial service, there will be a number of financial and other estate-related matters that need to be handled by him and his family.

10.  Counsel thus request that he be permitted to self-surrender on a date after March 1, 2025.

11.  The government does not oppose this Motion.

## **Conclusion**

Wherefore, for the foregoing reasons, Mr. Rehman respectfully requests that the Court modify his conditions of release so that he may attend services on February 16, 2025.  In addition, he requests that his self-surrender date be extended to a date after March 1, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500