EXHIBIT W

VIDEO EXHIBIT TO BE SUBMITTED